UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MICHAEL S. HOFFMAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>AURORA BANK, FSB, and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. EDCV12-01015 JST(DTBx)<br>Hon. Josephine Staton Tucker<br><br>**JUDGMENT IN FAVOR OF DEFENDANT AURORA BANK FSB** |

On November 15, 2012, the Court granted defendant Aurora Bank FSB's motion to dismiss plaintiff Michael S. Hoffman's complaint with prejudice.

Therefore, for good cause appearing,

///

///

///

1    It is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT be
2 entered in favor of defendant Aurora Bank FSB and against plaintiff Michael S.
3 Hoffman.  This action is dismissed with prejudice.
4    The Court orders that such judgment be entered.

6 Dated:  January 14, 2013

_____
The Honorable Josephine Staton Tucker
United        States        District        Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28